BEFORE THE SECOND DIVISION, MAY 5, 1941

**No. 45796.**—Protests 635385–G, etc., of S. Schapiro & Sons, Inc. (St. Louis).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of cotton rags the same as those the subject of *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771). The claim for free entry under paragraph 1750 was therefore sustained.

BEFORE THE SECOND DIVISION, MAY 6, 1941

**No. 45797.**—Protest 957875–G of American Import Co. (Los Angeles).

Opinion by KINCHELOE, J. It was conceded that the rugs in question are in fact chenille and dutiable as such under paragraph 921 as assessed. The protest was therefore overruled.